# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

**Chief Justice**—C. T. Marshall, Zanesville.

**Judges**—Benson W Hough, Delaware; R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; George H. Clark, Canton.

**Clerk**—Seba H. Miller, Springfield.

**Attorney General**—John G. Price, Columbus; Bell

**Regular Term**—First Tuesday after first Monday of January, at Columbus.

**Reporter**—John W. L. Henney, Columbus; Bell

**Assistant Reporters**—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

**Librarian**—John W. Shaw, Troy.

**Assistants**—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

---

### SUPREME COURT OF OHIO

#### New Cases Filed

#### Tuesday, December 12th, 1922

17769. George Hackett v. John W. Northall; Mahoning county; motion to certify record; for plaintiff, Fred J. Heim, B. K. DeCamp; for defendant, Thomas M. Cooney, Moore, Barnum & Hammond; all of Youngstown.

17770. The State of Ohio v. Abraham Auerbach; Cuyahoga county; motion for leave to file petition in error; for plaintiff, Edward C. Stanton, H. E. Parsons; for defendant, Reed, Meals, Orgill & Maschke; all of Cleveland.

#### Wednesday, December 13th

17771. Navarre Motor Car Company v. Elmer Gesaman; Stark county; motion to certify record; for plaintiff, L. C. Wiggins, Massillon; for defendant, Franklin L. Maier, Massillon; Pomerene, Ambler & Pomerene, Canton.

17772. Henrietta M. Miller, Extrx., v. The First Trust & Savings Bank of Canton, Ohio, Stark county; motion to certify record; for plaintiff, Paul J. Gnau; for defendant, John H. Fimple, Urban A. Wernet; all of Canton.

#### Thursday, December 14th

17773. The Village of Perrysburg et al., v. W. E. Ridgeway, a taxpayer, Wood county; motion to certify record; for plaintiff, Smith, Baker, Effler, Allen & Eastman, Toledo; for defendant, B. F. James, Bowling Green.

17774. In the matter of the contempt of court of Ross M. Hampshire, Knox county; motion to certify record; for plaintiff, F. O. Levering; for defendant, Columbus Ewalt; both of Mt. Vernon.

17775. Industrial Commission of Ohio v. Lillian Everett, as next friend of Lillian Simmons, et al.; Tuscarawas county; motion to certify record; for plaintiff, John G. Price, R. R. Zurmehly, Columbus; for defendant, E. E. Lindsey, Louis Welty, New Philadelphia.

#### Friday, December 15th

17776. The Village of Struthers v. George Sokol; Mahoning county; motion to certify record; for plaintiff, P. B. Moore, Perry Robison; for defendant, William E. Lewis; all of Youngstown.

17777. The City of Youngstown v. John Sandela; Mahoning county; motion to certify record; for plaintiff, J. H. Leighninger, Henry Church; for defendant, J. G. Hartwell; all of Youngstown.

#### Monday, December 18th

17778. Nannie H. Wright v. A. G. Moore, Admr.; Hamilton county; motion to certify record; for plaintiff, Buchwalter, Headley & Smith, Edwards & Riley; Cincinnati.

17779. Thomas Williams v. Clarence Johnston; Columbiana county; motion to certify record; for plaintiff, P. M. Smith; for defendant, Charles Boyd; both of Wellsville.

17780. Henry S. Winzeler, etc., v. Robert E. Knox, a minor; Williams county; motion to certify record; for plaintiff, A. L. Gebhard; for defendant, Charles E. Scott; both of Bryan.

17781. M. E. Walls v. Thomas L. Mitchell et al.; Fulton county; motion to certify record; for plaintiff, A. L. Gebhard, Bryan; for defendant, Paxson & Canfield, Wauseon.

## SUPREME COURT
### Proceedings

#### GENERAL DOCKET

#### Tuesday, December 12, 1922.

17154. Hugo F. Chestowsky, Admr., v. The Wolf Run Coal Co.; error to the Court of Appeals of Jefferson county. Judgment affirmed. Marshall, C. J., Robinson, Jones and Matthias, JJ., concur. Wanamaker, J., dissents. Clark, J., took no part in the consideration or decision of the case.

17155. John Olshevsky, Admr., v. The Wolf Run Coal Co.; error to the Court of Appeals of Jefferson county. Judgment affirmed. Marshall, C. J., Robinson, Jones and Matthias, JJ., concur. Wanamaker, J., dissents. Clark, J., took no part in the consideration or decision of the case.

17417. The State of Ohio v. Charles W. Habig; error to the Court of Appeals of Cuyahoga county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17452. Frederick Hueseman v. Henry Fingermeyer et al.; error to the Court of Appeals of Cuyahoga county. Judgment modified. Wanamaker, Robinson, Jones and Matthias, JJ., concur. Marshall, C. J., Hough and Clark, JJ., dissent.

17456. Katherine Heppel v. The City of Columbus; error to the Court of Appeals of Franklin county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Jones, Matthias and Clark, JJ., concur.

17460. Ralph C. McBride, as Treasurer of Cuyahoga county, v. The White Motor Co.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., and Clark, J., concur. Hough, Wanamaker and Jones, JJ., took no part in the consideration or decision of the case.